UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN L. EVANS,<br>　　　　Petitioner,<br>　v.<br>NAPA COUNTY SUPERIOR COURT,<br>　　　　Respondent. | Case No. 22-00048 EJD<br><br>**ORDER OF DISMISSAL** |

On January 5, 2022, Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 1. On the same day, the Clerk notified Petitioner that he needed to either pay the filing fee or file a complete application for leave to proceed in forma pauperis ("IFP") within twenty-eight days from the date of the notice to avoid dismissal. Dkt. No. 3.

The deadline has passed, and Petitioner has failed to file an IFP application in the time provided.[1] Accordingly, the action is **DISMISSED** without prejudice for failure to pay the filing fee.

///

---

[1] This matter was reassigned to this Court on February 15, 2022. Dkt. No. 6.

**IT IS SO ORDERED.**

Dated: March 3, 2022

EDWARD J. DAVILA
United States District Judge

2